**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Jenkins*, Slip Opinion No. 2022-Ohio-4731.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2022-OHIO-4731

THE STATE OF OHIO, APPELLANT, *v*. JENKINS, APPELLEE.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Jenkins*, Slip Opinion No. 2022-Ohio-4731.]**

*Court of appeals' judgment reversed on the authority of* State v. Bourn *and cause remanded for further proceedings.*

(No. 2022-0297—Submitted November 29, 2022—Decided December 30, 2022.)

APPEAL from the Court of Appeals for Cuyahoga County,

No. 109421, 2022-Ohio-297.

_____

{¶ 1} The judgment of the Eighth District Court of Appeals is reversed on the authority of *State v. Bourn*, __ Ohio St.3d __, 2022-Ohio-4321, __ N.E.3d __, and the cause is remanded to that court for further proceedings.

O'CONNOR, C.J., and KENNEDY, FISCHER, and DEWINE, JJ., concur.

DONNELLY and STEWART, JJ., would dismiss the appeal as having been improvidently allowed.

BRUNNER, J., dissents for the reasons set forth in her dissenting opinion in *Bourn*.

_____

Michael C. O'Malley, Cuyahoga County Prosecuting Attorney, and Daniel T. Van, Assistant Prosecuting Attorney, for appellant.

_____